1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    TONI MARSHBANKS and DOROTHE              No.  2:13-cv-02400-MCE-KJN-PS
      MARSHBANKS,
12
                          Plaintiffs,
13                                             **ORDER**

           v.
14
      CITY OF STOCKTON and SAN
15    JOAQUIN COUNTY,

16                        Defendants.

17

18          Plaintiffs Toni and Dorothe Marshbanks ("Plaintiffs") ask that the Court issue a

19    temporary restraining order ("TRO") against Defendants City of Stockton and San

20    Joaquin County ("Defendants") to prevent San Joaquin County from auctioning property

21    at 417 South Broadway Avenue and to prevent the City of Stockton from allowing

22    anyone access to the property.

23          Plaintiffs' Motion for TRO was filed on November 21, 2013.  ECF No. 4.  The

24    Local Rules of the Eastern District of California require that the party seeking a TRO file

25    the following documents:

26    ///

27    ///

28    ///

                                              1

1    1) a complaint; 2) a motion for a temporary restraining order;
3) a brief on all relevant legal issues presented by the motion;
4) an affidavit in support of the existence of irreparable injury;
5) an affidavit detailing the notice or efforts to effect notice to
the affected parties or counsel or showing good cause why
notice should not be given; 6) a proposed temporary
restraining order with a provision for bond; [and] 7) a
proposed order with blanks for fixing the time and date for
hearing a motion for preliminary injunction, the date for the
filing of responsive papers and amount of the bond, if any,
and the date and hour of issuance . . . .

E.D. Cal. Local R. 231(c).  Under the local rules, "[n]o hearing on a temporary restraining

order will normally be set unless the[se] documents are provided to the Court and,

unless impossible under the circumstances, to the affected parties or their counsel."  Id.

Here, Plaintiffs have filed only a complaint and a motion for a temporary

restraining order.  Additionally, there is no indication that Defendants have been served

with the relevant documents, or have notice of this lawsuit at all.  Plaintiffs have therefore

failed to comply with the local rules.  As such, Plaintiffs' Motion for TRO is DENIED.

IT IS SO ORDERED.

Dated:  November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2